Bright *v.* United Container Co. et al.,
Appellants.

Argued June 20, 1967;
reargument refused August 22, 1967. *Lowell A. Reed,
Jr.,* with him *Rawle & Henderson,* for appellants;
*Maurice J. Friedman,* for appellee.
Judgment affirmed.

Coats *v.* Coats, Appellant.

Argued June
16, 1967. *Joseph F. Strain, Jr.,* with him *Edward
Davis,* for appellant; *Julian E. Goldberg,* for appellee.
PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the
opinion that the court below properly granted a decree
in divorce in this case.
HOFFMAN, J., absent.

Collazzo, Appellant, *v.* Bankers Securities
Corp. et al.

Argued June 14, 1967. *Carl M.
Mazzocone,* with him *Joseph Hakun,* and *Sheer & Mazzocone,* for appellant; *Raymond J. Porreca,* for appellees.
Order affirmed.